## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NUTONE, INC.,** | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | 8:07CV305 |
| vs. | ) | |
| | ) | |
| **JAKEL, INC.,** | ) | ORDER |
| | ) | |
| Third-Party Defendant and Third Party-Plaintiff, | ) ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANZEN DENGU CO., LTD. And API TECHNOLOGY, INC.** | ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

This matter is before the Court on the Unopposed Motion of the Third-Party Plaintiff and Third-Party Defendant, Jakel, Inc., for a continuation of the telephone conference with the undersigned Magistrate Judge currently set for November 17, 2008 (Filing No. 45). Upon consideration,

**IT IS ORDERED:**

1. The Unopposed Motion of the Third-Party Plaintiff and Third-Party Defendant, Jakel, Inc., for a continuation of the telephone conference (Filing No. 45) is granted.

2. A telephone conference with the undersigned Magistrate Judge will be held on **February 6, 2009, at 10:30 a.m.** for the purpose of reviewing the preparation of the case and the scheduling of the case to trial. Counsel for Jakel, Inc. shall initiate the telephone conference.

DATED this 14th day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge