**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NUTONE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV305** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JAKEL, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| **and** | ) | |
| **Third Party-Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ANZEN DENGU CO., LTD. and API** | ) | |
| **TECHNOLOGY, INC.** | ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on February 6, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **February 12, 2009, at 2:00 p.m.**.  Counsel for Nutone, Inc. shall initiate the telephone conference.

DATED this 6th day of February, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge