# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NUTONE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV305 |
| v. ) | |
| ) | ORDER |
| JAKEL, INC., ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANZEN DENGU CO., LTD, and ) | |
| API TECHNOLOGY, INC. ) | |
| ) | |
| Third-Party Defendant. ) | |

This matter is before the court *sua sponte.*

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is set for **October 19, 2009, at 10:00 a.m.**. Nutone, Inc.'s counsel shall initiate the telephone conference.

DATED this 24th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge