# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NUTONE, INC.,** | ) | |
| Plaintiff, | ) | |
| | ) | **8:07CV305** |
| vs. | ) | |
| | ) | **ORDER** |
| **JAKEL, INC.,** | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| vs. | ) | |
| **ANZEN DENGU CO., LTD, and API TECHNOLOGY, INC.** | ) | |
| Third-Party Defendant. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 19, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **November 2, 2009, at 11:00 a.m. Central Standard Time**. Nutone, Inc.'s counsel shall initiate the telephone conference.

DATED this 19th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge