IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NUTONE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV305 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAKEL, INC., | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANZEN DENGU CO., LTD. and | ) | |
| API TECHNOLOGY, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

This matter is before the court on the Notice of Bankruptcy (Filing No. 90). The plaintiff filed the suggestion based on the Chapter 11 bankruptcy filing on October 21, 2009, of Broan-NuTone LLC, who listed Nutone, LLC as an affiliated debtor. **See** Filing No. 90 - Ex. A. Broan-NuTone LLC is listed as the plaintiff's parent corporation. **See** Filing No. 7. The filing was made in the District of Delaware and is designated 09-13621. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 29th day of October, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge