IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF | |
| | Case No. BK09-13611 (D. Del.) |
| BROAN-NUTONE LLC, | |
| | A09-8070-TJM |
| Debtor(s) | |
| | |
| NUTONE, INC., a Ohio Corporation, | 8:07CV305 |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| JACKEL, INC., | ORDER |
| | |
| Defendant and | |
| Third-Party Plaintiff, | |
| | |
| v. | |
| | |
| ANZEN DENGU CO., LTD. and | |
| API TECHNOLOGY, INC., | |
| | |
| Third-Party Defendants. | |

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 92. There are no objections to the Report and Recommendation.

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 92, is adopted in its entirety.

2. The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn.

3.  The parties are hereby given 30 days from the date of this order to refile any motions pending at the time the court referred this case to bankruptcy.

4.  This case is referred to Magistrate Judge Thomas D. Thalken for further progression of the matter.

DATED this 2nd day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge