IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NUTONE, INC., | |
| Plaintiff, | |
| vs. | 8:07CV305 |
| JAKEL, INC., | ORDER |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| ANZEN DENGU CO., LTD, and API TECHNOLOGY, INC. | |
| Third-Party Defendant. | |

This matter is before the court following the withdrawal of this matter from Bankruptcy Court (Filing No. 93).

**IT IS ORDERED:**

A **telephone** planning conference with counsel for all parties and the undersigned magistrate judge is scheduled for **March 18, 2010, at 11:00 a.m. Central Standard Time**. Nutone, Inc.'s counsel shall initiate the telephone conference.

DATED this 2nd day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge