IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NUTONE, INC., ) | |
| ) | 8:07CV305 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAKEL, INC., ) | |
| ) | ORDER |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANZEN DENGU CO., LTD, and ) | |
| API TECHNOLOGY, INC., ) | |
| ) | |
| Third-Party ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff Nutone, Inc.'s Motion to Strike (Filing No. 97).

The Court, being duly advised in the premises, finds that Plaintiff's motion should be granted.

**IT IS THEREFORE ORDERED** that the Rule 26(a)(1) Disclosures of Plaintiff Nutone, Inc. and related exhibits attached thereto (Filing No. 96), shall be and is hereby stricken and removed from the Court docket in this matter and treated in all respects as a nullity.

DATED this 9th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge