IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NUTONE, INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) **ORDER OF DISMISSAL** |
| **JAKEL, INC.,** **Defendant and Third Party-Plaintiff,** | ) ) Case No. 8:07-CV-305-JFB-TDT |
| vs. | ) Judge: Joseph F. Bataillon ) Magistrate Judge: Thomas D. Thalken |
| **ANZEN DENGU CO., LTD.,** **Third-Party Defendant.** | ) ) ) |

This matter coming on before the Court on the Stipulation of the parties for dismissal of the above-captioned matter, including the third-party action, without prejudice, each party to pay its own costs (Filing No. 103 ).

The Court, being fully advised in the premises, finds that such Order should issue.

It is therefore ORDERED, ADJUDGED and DECREED that the above-captioned matter, including the third-party action, should be, and hereby is dismissed without prejudice, each party to pay its own costs.

DATED this 23 day of June , 2010.

BY THE COURT:

_/s/ Joseph F. Bataillon_
United States District Court Judge

**PREPARED AND SUBMITTED BY:**

Brian D. Nolan, #17764
NOLAN, OLSON & STRYKER, P.C., L.L.O.
Two Old Mill, Suite 240
10855 West Dodge Road, Suite 240
Omaha, NE 68154-2666
(402) 932-5126

1